# UNITED STATES DISTRICT COURT
for the

District of Connecticut

| | |
|---|---|
| United States of America<br>v.<br><br>CORTNEY DUNLAP<br><br>*Defendant(s)* | )<br>)<br>) Case No. 3:20mJ 856 RAK<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __January 1, 2017__ in the county of __Hartford__ in the
_____ District of __Connecticut__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1035 | False Statement In A Health Care Matter |
| 18 U.S.C. § 1347 | Health Care Fraud |

This criminal complaint is based on these facts:

See Affidavit of Jeffrey W. Anderson, attached hereto

☑ Continued on the attached sheet.

JEFFREY ANDERSON
Digitally signed by JEFFREY ANDERSON
Date: 2020.10.02 08:14:03 -04'00'

*Complainant's signature*

Jeffrey W. Anderson, Special Agent, HHS-OIG

*Printed name and title*

Sworn to before me and signed by telephone (reliable means) ~~in my presence.~~

Date: 10/5/2020

Robert A. Richardson
Digitally signed by Robert A. Richardson
Date: 2020.10.05 11:07:06 -04'00'

*Judge's signature*

City and state: Hartford, Connecticut

Robert A. Richardson, U.S. Magistrate Judge

*Printed name and title*