UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

IN RE: COMPLAINT AND : MISC. NO. 3:20MJ 856 RAR
ARREST WARRANT :
 : **FILED UNDER SEAL**

## GOVERNMENT'S MOTION TO SEAL THE COMPLAINT, SUPPORTING AFFIDAVIT OF SPECIAL AGENT JEFFREY W. ANDERSON, THE ARREST WARRANT, AND THIS MOTION TO SEAL

The United States of America, by John H. Durham, United States Attorney and Assistant United States Attorney David J. Sheldon, hereby moves to place the complaint, the supporting affidavit of Special Agent Jeffrey W. Anderson, the arrest warrant, and this motion under seal. As set forth in the affidavit of Special Agent Anderson, this investigation is ongoing. Premature disclosure of the contents of the complaint and affidavit would frustrate the investigation by immediately alerting the targets of the investigation to the nature of the probe, the techniques employed, and the evidence developed to date, and would limit the use of the grand jury to develop further admissible evidence. Premature disclosure of the complaint, affidavit, and arrest warrant would also frustrate the purposes of the warrant and affect agent safety when executing the arrest warrant.

Therefore, the Government respectfully requests that the complaint, the supporting affidavit of Special Agent Jeffrey W. Anderson, the arrest warrant, and this motion be placed until the subject appears for his initial appearance.

Respectfully submitted,

THE UNITED STATES OF AMERICA

JOHN H. DURHAM
UNITED STATES ATTORNEY

_____/s/_____
DAVID J. SHELDON
ASSISTANT UNITED STATES ATTORNEY
157 CHURCH STREET/23RD FLOOR
NEW HAVEN, CT 06510
(203) 821-3700
fax: (203) 773-5378
david.sheldon@usdoj.gov

## ORDER

The Government's Motion to Seal is hereby GRANTED.

_____
Robert A. Richardson
Digitally signed by Robert A. Richardson
Date: 2020.10.05 11:14:52 -04'00'

ROBERT A. RICHARDSON
UNITED STATES MAGISTRATE JUDGE

Date: October 5, 2020