UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | 3:20-mj-856 (RAR) |
| CORTNEY DUNLAP | : | October 23, 2020 |

**MOTION TO AMEND CONDITIONS OF RELEASE TO ALLOW
TRAVEL OUT-OF-DISTRICT FOR EMPLOYMENT PURPOSES**

The defendant, Cortney Dunlap, moves the Court to amend the conditions of his release to allow him to travel outside the District of Connecticut for employment purposes only, as described below.

Mr. Dunlap was arrested based on a complaint and presented before the Court on October 14, 2020. He was released subject to signing a $100,000 appearance bond, and standard conditions of release, including that he not travel outside the District of Connecticut. Since his arrest, Mr. Dunlap received a job offer which would require him to travel to the place of employment in Springfield, Massachusetts, beginning on November 2, 2020. The schedule is Monday through Friday from 8:30am -4:30pm. Undersigned counsel has provided the Government and Probation with the employment offer letter detailing the position, employer, and schedule. Undersigned would be happy to provide the same to the Court under seal if the Court wishes.

Neither the Government nor Probation object to this motion.

Wherefore, the defendant respectfully requests that the Court grant this motion.

THE DEFENDANT,
                                    Cortney Dunlap


                                    /s/ Moira L. Buckley
                                    Moira L. Buckley
                                    Assistant Federal Defender
                                    10 Columbus Boulevard, 6th Fl.
                                    Hartford, CT 06106-1976
                                    Phone: (860) 493-6260
                                    Bar no.: ct18803 Email:
                                    moira_buckley@fd.org

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 23, 2020, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                    /s/ Moira L. Buckley
                                    Moira L. Buckley